UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAO KANG LIN, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO.   C05-660RSM <br> (CR01-158RSM) <br><br> ORDER DENYING MOTION <br> UNDER 28 U.S.C. § 2255 |

On August 25, 2005, the Honorable Monica J. Benton, United States Magistrate Judge, issued her Report and Recommendation ("R&R") in this case. (Dkt. #13). Petitioner subsequently filed Objections to that R&R. (Dkt. #16).

The Court, having reviewed petitioner's § 2255 motion, Judge Benton's R&R, petitioner's objections, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation. Petitioner has responded that he did not default on his *Booker* claim because he preserved it throughout the course of his appeals. (Dkt. #16 at 3-4). However, as Judge Benton noted in her R&R, the Court did not reach that part of respondent's arguments. (*See* Dkt. #13 at 4). Accordingly, the undersigned District Judge will also not address those arguments. In addition, petitioner apparently asks the Court to ignore established law, and redetermine the holding of *Booker* based on *Ex Post Facto* and due process

ORDER DENYING § 2255 MOTION

considerations. (Dkt. #16 at 4-25). The Court declines to undertake such an analysis. As Judge Benton correctly noted, the Ninth Circuit Court of Appeals has recently held that *Blakely* – and therefore *Booker* – does not apply retroactively to cases on collateral review. *See Schardt v. Payne*, 414 F.3d 1025 (9th Cir. 2005); (Dkt. #13 at 3-4). This Court is bound by that Court of Appeals decision. Accordingly, Judge Benton correctly determined that petitioner may not rely upon *Booker* in support of his motion to vacate. Finally, the Court acknowledges petitioner's continued assertions of an ineffective assistance claim, but adopts Judge Benton's recommendation pertaining to that claim without further comment.

(2) Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. #4) is DENIED.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this __14_ day of November, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION